IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ELKHORN VALLEY TRUCKS, LLC,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

**8:24CV339**

**ORDER**

On or about July 23, 2026, the parties advised the Court of a dispute regarding over sixty third-party depositions Defendant planned to take between August 3, 2026 and August 19, 2026. The notices of deposition were dated July 17 and July 21, 2026. The Court requested position statements from the parties, received the final statement on July 28, 2026 and held a discovery conference on July 30, 2026. At the discovery dispute conference, the Court provided the parties guidance as to what it believed reasonable and ordered them to meet and confer with regard to a new schedule of third-party depositions and, if no agreement was reached, to advise the Court on or before August 7, 2026 as to their respective positions as to how to proceed with the depositions in question.

The parties were unable to reach an agreement and provided supplemental positions to the Court on August 7, 2026. Thereafter, the Court ordered Defendant to disclose the identities of the customers in question (i.e., the at issue deponents), further meet and confer regarding deposition scheduling and provide the Court with a proposed schedule for the third-party depositions on or before August 13, 2026. Though the parties were able to come to some agreements, a significant

number of disputes remain. Upon consideration of Fed. R. Civ. P. 1 and Fed R. Civ. P. 26, review of the parties' proposed schedules, and attorney availability, the undersigned will order the depositions to occur as follows:

| **Date & Time** | **Deponent** | **Location** |
|---|---|---|
| 9/1/26 at 9:00 a.m. | Jeremy Feldhaus | United States Attorney's Office, 325 S. 1st Ave., Sioux Falls, SD 57014 |
| 9/1/26 at 12:30 p.m. | Tracy Howard | United States Attorney's Office, 325 S. 1st Ave., Sioux Falls, SD 57014 |
| 9/1/26 at 3:00 p.m. | Ron Heine | United States Attorney's Office, 325 S. 1st Ave., Sioux Falls, SD 57014 |
| 9/2/26 at 9:00 a.m. | Mike Bleyenberg | United States Attorney's Office, 325 S. 1st Ave., Sioux Falls, SD 57014 |
| 9/2/26 at 12:30 p.m. | Terry Stern | United States Attorney's Office, 325 S. 1st Ave., Sioux Falls, SD 57014 |
| 9/2/26 at 3:00 p.m. | Matt Prosch | United States Attorney's Office, 325 S. 1st Ave., Sioux Falls, SD 57014 |
| 9/10/26 at 9:00 a.m. | Lukas Fricke | United States Attorney's Office, 487 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508 |
| 9/10/26 at 12:30 p.m. | Kenneth Frerichs | United States Attorney's Office, 487 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508 |
| 9/10/26 at 3:00 p.m. | Steve Koch | United States Attorney's Office, 487 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508 |
| 9/11/26 at 9:00 a.m. | Kevin Schmidt | United States Attorney's Office, |

| | | |
|---|---|---|
| | | 487 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508 |
| 9/11/26 at 12:30 p.m. | Charles Gerdes | United States Attorney's Office,<br>487 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508 |
| 9/11/26 at 3:00 p.m. | Larry Stettner | United States Attorney's Office,<br>487 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508 |
| 9/14/26 at 9:00 a.m. | Marc Mortensen | United States Attorney's Office Ho-Chunk Building, Suite 670 600 4th St., Sioux City, IA 51101 |
| 9/14/26 at 12:30 p.m. | John Fertig | United States Attorney's Office Ho-Chunk Building, Suite 670 600 4th St., Sioux City, IA 51101 |
| 9/14/26 at 3:00 p.m. | Dale Lenz | United States Attorney's Office Ho-Chunk Building, Suite 670 600 4th St., Sioux City, IA 51101 |
| 9/15/26 at 9:00 a.m. | Jason Volkert | United States Attorney's Office Ho-Chunk Building, Suite 670 600 4th St., Sioux City, IA 51101 |
| 9/15/26 at 12:30 p.m. | James Sexton | United States Attorney's Office Ho-Chunk Building, Suite 670 600 4th St., Sioux City, IA 51101 |
| 9/15/26 at 3:00 p.m. | Ross Moeller | United States Attorney's Office Ho-Chunk Building, Suite 670 600 4th St., Sioux City, IA 51101 |

| | | |
|---|---|---|
| 9/16/26 at 9:00 a.m. | Chance Steinkamp | United States Attorney's Office Ho-Chunk Building, Suite 670 600 4th St., Sioux City, IA 51101 |
| 9/16/26 at 12:30 p.m. | Pat Hoefling | United States Attorney's Office Ho-Chunk Building, Suite 670 600 4th St., Sioux City, IA 51101 |
| 9/16/26 at 3:00 p.m. | Rich Vander Kooi | United States Attorney's Office Ho-Chunk Building, Suite 670 600 4th St., Sioux City, IA 51101 |
| 9/18/26 at time TBD[1] | Brian Pete | In Person at place TBD. If counsel cannot attend in person, they are to attend remotely. |
| 9/21/26 at 9:00 a.m. | Mat Luther | Phelps County Attorney's Office, Holdredge, NE 68949 |
| 9/21/26 at 12:30 p.m. | Norman Stewart | Phelps County Attorney's Office, Holdredge, NE 68949 |
| 9/21/16 at 3:00 p.m. | Richard Hanson | Phelps County Attorney's Office, Holdredge, NE 68949 |
| 9/22/26 at 9:00 a.m. | Nick Wilson | Phelps County Attorney's Office, Holdredge, NE 68949 |
| 9/23/26 at 9:00 a.m. | Terra Drueke | Holt County District Courthouse, 204 N 4th St., O'Neill, NE 68763 |
| 9/23/26 at 12:30 p.m. | Trey Dehaan | Holt County District Courthouse, 204 N 4th St., O'Neill, NE 68763 |

[1] If not specifically delineated herein, the parties are to meet and confer regarding the deposition's start time once they have determined whether the deposition will be in person, remote, or hybrid. If counsel is unable to come to an agreement regarding start time, the start time should be 9:00 a.m.

| | | |
|---|---|---|
| 9/23/26 at 3:00 p.m. | Mike Jacobowski | Holt County District Courthouse, 204 N 4th St., O'Neill, NE 68763 |
| 9/24/26 at 9:00 a.m. | Craig Drueke | Holt County District Courthouse, 204 N 4th St., O'Neill, NE 68763 |
| 9/25/26 at time TBD | Tyler Samuelson | In person at place TBD. If one or both counsel cannot attend in person, whoever cannot appear in person is to attend remotely. |
| 9/28/26 at 9:00 a.m. | Neal Pearson | United States Attorney's Office, 111 7th Ave., SE Cedar Rapids, IA 52401 |
| 9/28/26 at 12:30 p.m. | James Hogan | United States Attorney's Office, 111 7th Ave., SE Cedar Rapids, IA 52401 |
| 9/28/26 at 3:00 p.m. | John Redmond | United States Attorney's Office, 111 7th Ave., SE Cedar Rapids, IA 52401 |
| 9/29/26 at 9:00 a.m. | Ken Boeding | United States Attorney's Office, 111 7th Ave., SE Cedar Rapids, IA 52401 |
| 9/30/26 at 9:00 a.m. | Jeff Manny | United States Attorney's Office, 210 Walnut St., Des Moines, IA 50309 |
| 9/30/26 at 12:30 p.m. | Terry McBurney | United States Attorney's Office, 210 Walnut St., Des Moines, IA 50309 |
| 9/30/26 at 3:00 p.m. | Chuck Stoolman | United States Attorney's Office, 210 Walnut St., Des Moines, IA 50309 |
| 10/6/26 at 9:00 a.m. | Ryan Overby | United States Attorney's Office, 316 N Robert St., Suite 404, St. Paul, MN 55101 |
| 10/6/26 at 12:30 p.m. | Scott Gappa | United States Attorney's Office, 316 N Robert St., Suite 404, St. Paul, MN 55101 |

| | | |
|---|---|---|
| 10/6/26 at 3:00 p.m. | Clinton Sioquist | United States Attorney's Office, 316 N Robert St., Suite 404, St. Paul, MN 55101 |
| 10/8/26 at 9:00 a.m. | Greg Langvardt | United States Attorney's Office, 444 SE Quincy, Topeka, KS 66683 |
| 10/8/26 at 12:30 p.m. | Mike Bennett | United States Attorney's Office, 444 SE Quincy, Topeka, KS 66683 |
| 10/8/26 at 3:00 p.m. | Clinton Meyer | United States Attorney's Office, 444 SE Quincy, Topeka, KS 66683 |
| 10/13/26 at time TBD | Seth Keck | In person at place TBD. If one or both counsel cannot attend in person, whoever cannot appear in person is to attend remotely. |

The above schedule balances the requirements of both Fed. R. Civ. P. 1 "to secure the just, speedy, and inexpensive determination of every action and proceeding" with Fed. R. Civ. P. 26(c)'s requirement to "protect a party . . . from . . . undue burden or expense . . ." More specifically, the above schedule: (1) allows for the Defendant to obtain the depositions it believes necessary within a condensed time period; (2) adequately allows time to travel to the depositions in question so as to not impose an undue burden upon either party; (3) provides a schedule that makes it likely the parties will comply with the deposition time requirements set forth in Fed. R. Civ. P. 30(d) ("a deposition is limited to one day of 7 hours"); and (4) allows for counsel and/or the parties to attend the depositions in person, should they want to, but does not allow for unnecessary delay of the depositions to accommodate this desire.

As outlined above, the Court specifically allows for certain depositions to be taken remotely pursuant to Fed. R. Civ. P. 30(b)(4).[2] To be clear, if counsel would like to attend in person, that is allowed. However, if one (or both) counsel are unable to attend in person (or would prefer not to), the deposition should proceed remotely or in a hybrid fashion (with one counsel appearing in person and the other counsel appearing remotely). This will allow the depositions to proceed in a timely manner and comply with the "just, speedy, and inexpensive determination" of this lawsuit, in compliance with Fed. R. Civ. P. 1. Counsel should coordinate so that any counsel attending remotely can adequately participate in the deposition. Any remote attendance should allow the remote participant to see the deponent by video and the deponent to see the remote participant by video. The parties will further ensure that screen sharing capabilities are available so the remote participant can show the witness any potential exhibit. If the parties are unable to agree to the location of the deposition, they are to promptly contact the Court. As with all other third-party depositions Defendant has coordinated, it appears a local United States Attorney's Office or courthouse would be appropriate.

The parties are ordered to meet and confer regarding any additional depositions they may notice in this case. Given the procedural posture, conferral should occur as soon as possible and, further, the parties are to advise the Court immediately if the parties cannot agree to the terms of any further depositions.

Dated this 14th day of August, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

---

[2] If one or both counsel decide they would like to attend other depositions remotely, this order provides counsel with that ability. Any other remote depositions should occur within the guidelines provided within this order.